**Order entered March 13, 2020**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01020-CR

### JOSE DEJESUS VERGARA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F17-34977-I

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On March 11, 2020, appellant filed his brief and a motion to extend time to file the same. In the interest of expediting this appeal and because the trial court has not held a hearing, we **VACATE** that portion of our February 20, 2020 order requiring a hearing and findings.

We **GRANT** appellant's motion and **ORDER** the brief filed as of the date of this order.

/s/    CORY L. CARLYLE
         JUSTICE